**Dismiss and Opinion Filed August 1, 2022**

# S

**In the**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00525-CV

## ESTATE OF JAMES MORRIS HANKINS, DECEASED

**On Appeal from the County Court at Law No. 1
Grayson County, Texas
Trial Court Cause No. 2020-1-433P**

## MEMORANDUM OPINION

Before Justices Myers, Carlyle, and Goldstein
Opinion by Justice Carlyle

Appellant HWY 160 Revocable Trust has filed a motion seeking dismissal of

the appeal. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P.

42.1(a)(1).

220525f.p05

/Cory L. Carlyle//
CORY L. CARLYLE
JUSTICE

# S

## Court of Appeals
## Fifth District of Texas at Dallas

**JUDGMENT**

ESTATE OF JAMES MORRIS
HANKINS, DECEASED

No. 05-22-00525-CV

On Appeal from the County Court at
Law No. 1, Grayson County, Texas
Trial Court Cause No. 2020-1-433P.
Opinion delivered by Justice Carlyle,
Justices Myers and Goldstein
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellees Estate of James Morris Hankins, Deceased and Stephanie Elam recover their costs, if any, of this appeal from appellant HWY 160 Revocable Trust.

Judgment entered this 1st day of August, 2022.